# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | In Bankruptcy: |
| **KRISTIN LEA SARLES,** | Case No. 18-45804-tjt<br>Chapter 7<br>Hon. Thomas J. Tucker |
| Debtor. | |

## ORDER AUTHORIZING COMPROMISE

**THIS MATTER** having come before the Court upon the Trustee's Motion for Order Authorizing the Trustee to Compromise Claims of the Estate (the "Motion"), Notice of the Trustee's Motion having been served on all creditors and parties in interest listed on the court's mailing matrix, no objections nor requests for hearing having been filed, and the Court being otherwise duly advised in this matter,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Debtor shall remit $7,000.00 to the Trustee.

**IT IS FURTHER ORDERED** that the $7,000.00 payment shall be tendered by way of Debtor's employer via a Third Party Payment Order to be or already entered by this Court, payable to "Timothy J. Miller, Trustee" and mailed to Timothy J. Miller, 64541 Van Dyke, Suite 101, Washington, MI 48095, or to such

other place as the Trustee directs by written notice.

**IT IS FURTHER ORDERED** that if the Debtor defaults when the payment is due, upon written notice of the default, sent to the Debtor, care of her counsel of record, the Debtor shall be responsible for attorney's fees and all other costs associated with the collection of past due funds.

**IT IS FURTHER ORDERED** that in the event Debtor defaults, and fails to cure the default after written notice, Trustee shall be entitled to submit an affidavit of default to the Court, upon which this Order shall have the same effect as a Judgment entered under Fed. R. Bankr. P. 7054 in the amount of $13,000 and all post-judgment remedies available at law shall be available to the Trustee or Trustee's assigns.

**Signed on October 01, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge